**E. STEWART**
# Jones Hacker Murphy LLP
ATTORNEYS & COUNSELORS AT LAW

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

PLEASE REPLY TO:
TROY OFFICE

March 24, 2021

**Via NDNY ECF**
Magistrate Judge Stewart
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, NY 12207

Re:   Alexandria Zimmerman v. LINA
      Case No: 1:21-cv-00212 FJS/DJS
      **Initial Conference: March 29, 2021 @ 9:00 A.M.**

Dear Judge Stewart,

I represent the plaintiff in this matter. Parties are aware of and have conferred regarding the initial conference and case management plan, with the same being filed. The initial conference filing has a date and time but does not give a call-in number. It is my personal experience that the Northern District usually uses a set call in for these conferences, especially in the post-COVID era.

I write to seek clarity as to the call-in information or if this conference is in person? Thank you and I apologize for any inconvenience or confusion on this issue.

Thank you.

Very truly yours,

E. STEWART JONES HACKER MURPHY LLP

David L. Iversen, Esq.
diversen@joneshacker.com
Direct: (518) 213-0126

DII:cbl
Enclosures