UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALEXANDRA ZIMMERMAN,

                Plaintiff,

-against-

LIFE INSURANCE COMPANY OF NORTH
AMERICA a/k/a CIGNA,

                Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Action No: 1:21-CV-0212

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant, parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 30, 2021

_____
David I. Iversen, Esq.
E. Stewart Jones Hacker Murphy, LLP
*Attorneys for Plaintiff*
28 Second Street
Troy, New York 12180
Tel. No.: (518) 274-5820

Dated: January 12, 2022

s/ Kevin Horbatiuk
_____
Kevin Horbatiuk, Esq.
Russo & Gould LLP
*Attorneys for Defendant*
33 Whitehall Street, 16th Floor
New York, New York 10004
Tel. No.: (212) 482-0001

Date: January 14, 2022    IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge